UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**  JS-6

Case No.   2:24cv05246 CAS (JPRx)                                              Date: April 11, 2025

Title   *CW STOCKWELL, INC. v. DESIGNER WALLCOVERINGS; ET AL.*

Present: The Honorable:   CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) – NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL [28] (Filed March 11, 2025).

THE COURT, having been notified by counsel that the above-entitled action has been settled on or about March 11, 2025;

The Stipulation for Dismissal indicated within the Notice of Settlement is hereby granted and the above-referenced action is dismissed with prejudice. All dates in this action are hereby **VACATED**.

IT IS SO ORDERED.

00:00

**Initials of Preparer**   CMJ